JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICH JAMES CLINE, | Case No. EDCV 12-0117-ODW (DTB) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| JERRY BROWN; ROD HOOPS; J. WICKUM, | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: _May 15, 2012__

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1